UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JAMES LESTER NEWTON,

    Plaintiff,

v.

YARDSTIK, INC.,

    Defendant.

No. 1:26-CV-078-H

**ORDER GRANTING EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

Before the Court is the parties' Joint Motion for Extension of Time to File a Responsive Pleading.  Dkt. No. 7.  The Court, finding good cause for an extension of the deadline, grants the motion.  It is therefore ordered that the defendant shall file a response to the complaint by April 1, 2026.  Any responsive pleading filed by April 1, 2026, shall be deemed timely.

So ordered on March 20, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE